# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    Plaintiff,

  v.                                Case No. 18-CR-227

**DOMINIQUE BAMS**
    Defendant.

## SCHEDULING ORDER

On agreement,

**IT IS ORDERED** that the **CHANGE OF PLEA** set for July 24, 2019, is adjourned to **Wednesday, July 31, 2019, at 1:45 p.m.** The court finds that the ends of justice served by so continuing the case outweigh the best interest of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7).

Dated at Milwaukee, Wisconsin, this 24th day of July, 2019.

                                        /s/ Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge